THE CITY OF ROME, Respondent, *v.* THE WHITESTOWN WATER WORKS COMPANY, Appellant, Impleaded with Others.

*City of Rome* v. *Whitestown W. W. Co.*, 113 App. Div. 547, affirmed.
(Argued January 9, 1907; decided January 29, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 23, 1906, which affirmed a final order and an interlocutory judgment of Special Term entered upon the report of a referee in condemnation proceedings.

*Thomas D. Watkins* for appellant.

*Oswald P. Backus* and *John S. Baker* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

In the Matter of the Extension of HAMILTON STREET Across the Tracks of the NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY et al., Appellants, by THE VILLAGE OF LA SALLE, Respondent.

*Matter of Hamilton Street*, 112 App. Div. 905, affirmed.
(Argued January 9, 1907; decided January 29, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 2, 1906, which affirmed a determination of the board of trustees of the village of La Salle extending Hamilton street in said village across the tracks of the appellants herein.

*Maurice C. Spratt, William L. Marcy, William M. Wheeler* and *Daniel J. Kenefick* for appellants.

*Alfred W. Gray* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.